IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TOM NOVACK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-2594 |
| | § | |
| CITY OF WEBSTER, TEXAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

In response to the defendants' motion to dismiss filed under Rule 12(b)(6) of the Federal Rules of Civil Procedure, (Docket Entry No. 8), the plaintiff filed an amended complaint. The motion to dismiss is denied, without prejudice. It may be reurged, as appropriate, based on the amended complaint.

SIGNED on October 13, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge