IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TOM NOVACK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-2594 |
| | § | |
| CITY OF WEBSTER, TEXAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

As stated during the initial pretrial conference held on December 16, 2010, this case is stayed and administratively closed pending the disposition of the criminal charges against the plaintiff. The parties will submit written status reports to the court every 60 days beginning on February 18, 2011 and will notify the court within 14 days of judgment or other event that necessitates reopening this case.

SIGNED on December 21, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge